SAMUEL DEMARCO *v.* LENA DEMARCO.
[No. 15, April Term, 1930.]

*Decided May 21st, 1930.*

The cause was argued before Bond, C. J., Pattison, Urner, Adkins, Offutt, Digges, and Sloan, JJ.

*Charles Jackson,* for the appellant.

*Arthur R. Padgett,* with whom was *Edwin J. Wolf* on the brief, for the appellee.

Bond, C. J., delivered the opinion of the Court.